**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6994**

─────────────

In Re: GARRY COPELAND,

                                                    Petitioner.

─────────────

On Petition for Writ of Mandamus.  (CR-90-108-N)

─────────────

Submitted:  September 9, 1999       Decided:  September 15, 1999

─────────────

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Garry Copeland, Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Garry Copeland filed a petition for a writ of mandamus seeking to have this court direct the district court to docket and act on Copeland's 28 U.S.C.A. § 2255 (West Supp. 1999) motion. Copeland has also applied to proceed in forma pauperis. The district court has recently acted on Copeland's § 2255 motion. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2